IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWIGHT WEST | : | CIVIL ACTION |
| v. | : | |
| STEVEN GLUNT, et al.. | : | NO. 13-0748 |

FILED
MAY 1 5 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 15th day of MAY, 2014, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED AS UNTIMELY.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

JOEL H. SLOMSKY, J.

ENTERED
MAY 1 5 2014
CLERK OF COURT